IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JESUS CASTILLO BANDALA,               *

       Petitioner,           *

v.                             Case No. 7:26-cv-41 (LAG-CHW)

                         *

IRWIN COUNTY DETENTION CENTER, et al.,         *

       Respondents.      *

_____

**J U D G M E N T**

Pursuant to this Court's Order dated May 1, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 1st day of May, 2026.

                    David W. Bunt, Clerk

                    s/ Katie Logsdon, Deputy Clerk